IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CINDY POWERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-22-0703-HE |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Cindy Powers appealed the final decision of the Commissioner of Social Security Administration denying her application for benefits under the Social Security Act. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin. Judge Erwin has issued a Report and Recommendation recommending that decision be reversed and remanded.

The Report advised the parties of their right to object to on or before May 12, 2023. The parties have not objected to the Report, thereby waiving their right to appellate review of the factual and legal issues it addressed.

The court **ADOPTS** the Report and Recommendation [Doc. #20]. The decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings.

**IT IS SO ORDERED**.

Dated this 17th day of May, 2023.

JOE HEATON
UNITED STATES DISTRICT JUDGE